IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL FRANKLIN CLARK
#8605                                                                                      PLAINTIFF

v.                                    No. 3:23-cv-61-DPM

BAILEY CROCKER, Nurse,
Turnkey Medical/Greene
County Detention Center and
DOE, "Mike," Jailer, Greene
County Detention Center                                                      DEFENDANTS

ORDER

**1.**      The Court withdraws the reference.

**2.**      Clark hasn't paid the $402 filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. His mail is being returned undeliverable. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>15 May 2023</u>