## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**PAUL FRANKLIN CLARK**
**#8605**                                                              **PLAINTIFF**

**v.**                          **No. 3:23-cv-61-DPM**

**BAILEY CROCKER, Nurse,**
**Turnkey Medical/Greene**
**County Detention Center and**
**DOE, "Mike," Jailer, Greene**
**County Detention Center**                          **DEFENDANTS**

### JUDGMENT

Clark's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 May 2023